UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JEFFREY GRANT,

          Plaintiff,

    -against-

C.O. W. HARVEY, ET AL.,

          Defendants.
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/09
```

ORDER

09 Civ 1918 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Warden, or other official in charge of the George Motchan Detention Center, shall provide inmate Jeffrey Grant, Book & Case # 3490910754, a private room, with telephone service, so that he may participate in a telephonic conference call with the Court and counsel to the defendants at 2:00 p.m., on November 16, 2009; (2) plaintiff Jeffrey Grant shall appear in a private room, designated by the Warden, or other official in charge of the George Motchan Detention Center, to participate in said telephonic conference; and (3) Assistant Attorney General Neil Shevlin is directed to serve a copy of this Order on the Warden, or other official in charge of the George Motchan Detention Center, expeditiously.

Dated: New York, New York
       November 4, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Jeffrey Grant
Neil Shevlin, Esq.